IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) Criminal No. 03-162 |
| | ) |
| BERNARD ROTTSCHAEFER | ) |

### ORDER OF COURT

AND NOW, this 16 day of Feb, 2007, it is hereby

ORDERED, ADJUDGED AND DECREED that the Court's prior forfeiture Order dated October 13, 2004, which is incorporated in its entirety into this Order, is made part of the defendant's sentence and included in his criminal judgment.

_____
United States District Judge