IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARD ROTTSCHAEFER, )<br>    Petitioner, )<br>                 )<br>     v.         )<br>                 )<br>UNITED STATES OF AMERICA, )<br>    Respondent.   ) | Civil Action No. 09-507<br>(Criminal No. 03-162) |

ORDER

AND NOW, this 30th day of June, 2009, IT IS HEREBY ORDERED that an evidentiary hearing on petitioner's motion to vacate [document #111] will be held before the undersigned on Friday, August 7, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          , J.
Hon. Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record

    United States Marshal