IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARD ROTTSCHAEFER,<br>      Petitioner,<br><br>    v.<br><br><br>UNITED STATES OF AMERICA,<br>      Respondent. | Civ. Act. No. 09-507<br>Crim. Act. No. 03-162 |

## ORDER

AND NOW, this 25th day of November, 2009, for the reasons stated in the Memorandum and Order [doc. #122] denying petitioner's motion to vacate, set aside, or correct sentence, IT IS HEREBY ORDERED THAT petitioner's request for a certificate of appealability is DENIED.

                                        BY THE COURT:

                                        s/Gary L. Lancaster
                                        Gary L. Lancaster,
                                        Chief United States District Judge

cc:  All Counsel of Record