IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 03-CR-162 |
| | ) | |
| BERNARD ROTTSCHAEFER | ) | |

**ORDER**

AND NOW, this 2nd day of _____, 201$\tilde{2}$, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth.

It is further ORDERED that Elizabeth Rottschaefer shall issue a check in the amount of $26,763.75 made payable to the United States Marshals Service. Elizabeth Rottschaefer, through her attorney, shall deliver the check to the United States Attorney, who shall in turn deliver the check to the United States Marshals Service.

It is further ORDERED that upon receipt of the check, the United States will release its lien against the subject property.

It is further ORDERED that a certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

_____
                                                    J.