## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:03-CR-162** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **BERNARD ROTTSCHAEFER**, M.D., | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 11th day of July, 2019, upon consideration of the petition

(Doc. 140) for a writ of error *coram nobis* by defendant Bernard L. Rottschaefer,

M.D., and in accordance with the accompanying memorandum, it is hereby

ORDERED that the petition (Doc. 140) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania